1  WO

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9  United States of America,                    No. CR12-08097-001-PCT-PGR

10                    Plaintiff,                 **ORDER**

11  v.

12  Randy Hawkins,

13                    Defendant.

14

15         The defendant appeared in court with counsel. The defendant's probable cause

16  hearing was waived and the detention hearing was held on the record including a proffer

17  by defense counsel.   The Court finds probable cause to believe the defendant violated the

18  terms of his supervised release as alleged in the petition.   The Court further finds,

19  pursuant to Rule 32.1(a)(6), that defendant has shown by clear and convincing evidence

20  that he is not a flight risk or a danger if and only if he qualifies for, is accepted to, and

21  abides by the program requirements of Crossroads in Phoenix, Arizona or other facility as

22  designated by Pretrial Services and/or U.S. Probation in his new criminal case.

23         **IT IS HEREBY ORDERED** the defendant shall be bound over for further

24  proceedings on the petition to revoke his supervised released.

25         **IT IS FURTHER ORDERED** the defendant is detained as a flight risk and a

26  danger pending further revocation proceedings unless he qualifies for placement, and in

27  that event, defendant shall be released to placement upon conditions set by this Court.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS FURTHER ORDERED** that should defendant not so qualify for placement, the release conditions set by this Court shall be vacated and defendant shall be detained pending revocation proceedings.

Dated this 1st day of February, 2017.

_____
Honorable David K. Duncan
United States Magistrate Judge